# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DOMINIQUE MORRISON, individually and on behalf of all other similarly-situated current citizens of Missouri,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMPLIFY SNACK BRANDS, INC.,<br><br>　　　　Defendant. | No. 4:17-cv-00816-RWS<br><br>*So Ordered*<br><br>*[signature] RWS*<br>*5/2/17* |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dominique Morrison hereby voluntarily dismisses this action without prejudice. Defendant has not filed an answer or a motion for summary judgment in this matter.

Dated: April 27, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By:　/s/ *Matthew H. Armstrong*
　　　　　　　　　　　　　　　　　Matthew H. Armstrong
　　　　　　　　　　　　　　　　　ARMSTRONG LAW FIRM LLC
　　　　　　　　　　　　　　　　　8816 Manchester Rd., No. 109
　　　　　　　　　　　　　　　　　St. Louis MO 63144
　　　　　　　　　　　　　　　　　Tel: 314-258-0212
　　　　　　　　　　　　　　　　　Email: matt@mattarmstronglaw.com

　　　　　　　　　　　　　　　　　Stuart L. Cochran
　　　　　　　　　　　　　　　　　STECKLER GRESHAM COCHRAN PLLC
　　　　　　　　　　　　　　　　　12720 Hillcrest Rd., Ste. 1045
　　　　　　　　　　　　　　　　　Dallas, TX 75230
　　　　　　　　　　　　　　　　　(972) 387-4040
　　　　　　　　　　　　　　　　　stuart@stecklerlaw.com

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

/s/ *Matthew H. Armstrong*